IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00203-ZLW

DON ALTON HARPER,

    Applicant,

v.

WARDEN W. A. SHERROD,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 - 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's motion titled "On Motion Objecting to the Order File [sic] by Senior Judge on April 20th 2006, Requesting En Banc Hearing Schedul [sic]" submitted to and filed with the Court on May 2, 2006, will be treated as a motion to reconsider the April 20, 2006, order denying leave to proceed *in forma pauperis* on appeal, and is DENIED.

Dated: May 3, 2006

---

Copies of this Minute Order were mailed on May 3, 2006, to the following:

Don Alton Harper
Reg. No. 24496-013
FCI - Enlgewood
9595 W. Quincy Ave
Littleton, CO 80123

                                  Secretary/Deputy Clerk